IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICTOF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF MICHAEL E. PIERCE | Case No. 21-MJ-4076-RJD |

### ORDER

On motion of the United States of America to unseal the search warrant application and any other supporting documents filed in this matter,

IT IS HEREBY ORDERED that the motion is granted and the search warrant application and any other documents filed in this case are UNSEALED.

DATED: April 13, 2022

_____
REONA J. DALY
United States Magistrate Judge